# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BALDEH ALPHA,** | : | CIVIL NO. 1:17-CV-2040 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **CLAIR DOLL, WARDEN,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 21st day of November, 2017, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), wherein petitioner, Baldeh Alpha, challenges the constitutionality of his prolonged detention by United States Immigration and Customs Enforcement, and this court, in an effort to ascertain the custodial status of petitioner, accessed the U.S. Immigration and Customs Enforcement Online Detainee Locator System, which revealed that petitioner is no longer in the custody of that agency[1], which renders the petition moot, see Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur

---

[1] Upon entering petitioner's alien registration number, 209836499, and his country of birth, Gambia, into the Online Detainee Locator System, https://locator.ice.gov/odls/homePage.do, the results returned no matches for any such detainee.

during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."), and upon further consideration of the court's mailings addressed to petitioner at the York County Prison, and subsequently returned to the court by the U.S. Postal Service marked as undeliverable and unable to forward[2], (see Doc. 4), it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.

2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

---

[2] Petitioner, Baldeh Alpha, is no longer listed as an inmate at the York County Prison. See York County Prison, Male Roster, https://yorkcountypa.gov/images/pdf/prison/prison-male.pdf